15

# NOT FOR PUBLIC VIEW

## FINANCIAL AFFIDAVIT

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v. Gabriel Silva
FOR: USSD Cal
AT: San Diego

LOCATION NUMBER: [blank]

PERSON REPRESENTED (Show your full name): Gabriel Silva

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate: 14mj236
District Court: [blank]
Court of Appeals: [blank]

CHARGE/OFFENSE (describe if applicable & check box →): 21 USC 952 & 960
☒ Felony
☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Am Self-Employed — Security Guard part time
Name and address of employer: [blank]
IF YES, how much do you earn per month? $800/mo
IF NO, give month and year of last employment. How much did you earn per month? $ [blank]
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ [blank]
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ [blank]

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: [blank]

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ [blank]

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: [blank]

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: [blank]

List persons you actually support and your relationship to them: Rosario — pregnant

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| Rent | Utilities / Food / Cell / Clothes | lives w/ mother in law / $400 / $100 / $60 | |

Total: $560

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): [blank]

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Gabriel Silva

FILED JAN 22 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY